UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
JUAN PABLO ALBIM and MARICELA
MARTINEZ MORAN, on behalf of themselves,
individually, and all others similarly situated,

        JUDGMENT
        23-CV-1732 (DG)(RML)

        Plaintiffs,
  v.

1656 WIRELESS INC. d/b/a TOTAL BY
VERIZON f/k/a TOTAL WIRELESS, 4017
WIRELESS INC. d/b/a TOTAL BY VERIZON
a/k/a NY CELL SPOT, INC., f/k/a TOTAL
WIRELESS, NY CELL SPOT, INC.,
NY MOBILAI INC., d/b/a TOTAL BY
VERIZON f/k/a TOTAL WIRELESS,
GC WIRELESS SOLUTIONS INC.,
WIRELESS POINT INC., and YARIN NADEL,
individually,

        Defendants.
------------------------------------------X

    An Order of the Honorable Diane Gujarati, United States District Judge, having been filed on October 20, 2025, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated September 8, 2025, granting Plaintiffs' motion for default judgment, ECF No. 53; directing entry of default judgments against Defendants 4017 Wireless Inc., NY Cell Spot, Inc., NY Mobilai Inc., GC Wireless Solutions Inc., and Wireless Point Inc. jointly and severally, *See* R&R at 29, ECF No. 58; awarding Plaintiffs a total of $110,760.68 – specifically, awarding Plaintiff Albim a total of $88,795.56; awarding Plaintiff Moran a total of $21,965.12, *See* R&R at 29; awarding prejudgment interest on Plaintiff Albim's unpaid wages of $39,397.78 from July 10, 2021 to the date of entry of judgment at a per diem interest rate of $9.86; awarding prejudgment interest on Plaintiff Moran's unpaid wages of $7,282.56 from February 25, 2022 to the date of entry of judgment at a per diem interest rate of $1.80; awarding

1

post-judgment interest to both Plaintiffs at the rate set forth in 28 U.S.C. § 1961(a); and awarding Plaintiffs $19,391 in attorney's fees and $402 in costs, *See* R&R at 29; and

The Clerk of Court having calculated the prejudgment interests at the rates set forth above, and the interests being $15,467.96 for Plaintiff Albim and $2,401.20 for Plaintiff Moran; it is

ORDERED and ADJUDGED that default judgment is entered in favor of Plaintiffs and against Defendants 4017 Wireless Inc., NY Cell Spot, Inc., NY Mobilai Inc., GC Wireless Solutions Inc., and Wireless Point Inc, jointly and severally, in the total amount of $148,457.82[1] plus post-judgment interest at the rate set forth in 28 U.S.C. § 1961(a).

Dated: Brooklyn, New York  
       October 24, 2025

Brenna B. Mahoney  
Clerk of Court

By:   */s/Jalitza Poveda*  
     Deputy Clerk

[1] Plaintiff Albim is awarded a total of $104,293.10 and Plaintiff Moran is awarded a total of $24,371.72.